```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
HERLINDA FRANCISCO and JAVIER BRAVO,
on behalf of themselves, FLSA Collective
Plaintiffs, and the Class,

                          Plaintiffs,

        -against-                                          24 Civ. 3928 (AT)

EXCLUSIVE MANAGEMENT SOLUTION                              **ORDER**
GROUP, INC., JOHN DOE CORPORATIONS 1 –
50, and DMITRIY BEREZOVSKY a/k/a DMITRY
BEREZOVSKIY,

                          Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _08/19/2024_

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters dated August 8, 12, and 15, 2024. ECF Nos. 19–21. Accordingly:

1. By **September 16, 2024**, the parties shall file a joint letter indicating how they intend to satisfy the Court's order that they meet for at least one hour to discuss settlement within fourteen days of the close of fact discovery. *See* ECF No. 22 ¶ 9.

2. Defendants' request for leave to move to dismiss Plaintiffs' complaint is GRANTED;
    a. By **September 20, 2024**, Defendants shall file their motion papers;
    b. By **October 11, 2024**, Plaintiffs shall file their opposition papers; and
    c. By **October 25, 2024**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: August 19, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge