```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/4/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERLINDA FRANCISCO and JAVIER BRAVO, *on behalf of themselves, FLSA Collective Plaintiffs, and the Class*,

                Plaintiffs,

-against-

EXCLUSIVE MANAGEMENT SOLUTION GROUP, INC., JOHN DOE CORPORATIONS 1 – 50, and DMITRIY BEREZOVSKY a/k/a DMITRY BEREZOVSKIY,

                Defendants.

24 Civ. 3928 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has received Defendants' motion to dismiss at ECF No. 34. Accordingly, by **November 22, 2024**, Plaintiffs shall file their opposition papers. By **December 6, 2024**, Defendants shall file their reply, if any.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 26.

    SO ORDERED.

Dated: November 4, 2024
       New York, New York

                                      ANALISA TORRES
                                United States District Judge