UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HERLINDA FRANCISCO and JAVIER          :
BRAVO *on behalf of themselves, FLSA*  :
*Collective Plaintiffs, and the Class*, :
                                       :
                    Plaintiffs,        :          24-CV-3928 (AT) (RWL)
                                       :
        - against -                    :
                                       :          **ORDER**
EXCLUSIVE MANAGEMENT SOLUTION          :
GROUP, INC., JOHN DOE                   :
CORPORATIONS 1-50, and DMITRIY         :
BEREZOVSKY a/k/a DMITRY                 :
BEREZOVSKIY,                            :
                                       :
                    Defendants.        :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the discovery conference held via Microsoft Teams on December 17, 2024, Defendants' motion at Dkt. 38 to strike Plaintiffs' discovery responses is denied. The parties shall continue to meet and confer about Plaintiffs' responses to interrogatories and document requests, as well as Plaintiffs' request for class-wide discovery at Dkt. 43, which is denied without prejudice to renew following good-faith efforts to meet and confer.

The Clerk of Court is respectfully requested to terminate the letter motions at Dkts. 38 and 43.

SO ORDERED,

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1

Dated: December 17, 2024
       New York, New York

Copies transmitted to all counsel of record.