```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
HERLINDA FRANCISCO and JAVIER            :
BRAVO on behalf of themselves, FLSA      :
Collective Plaintiffs, and the Class,    :
                                         :
                         Plaintiffs,     :      24-CV-3928 (AT) (RWL)
                                         :
            - against -                  :
                                         :            ORDER
EXCLUSIVE MANAGEMENT SOLUTION            :
GROUP, INC., JOHN DOE                    :
CORPORATIONS 1-50, and DMITRIY           :
BEREZOVSKY a/k/a DMITRY                  :
BEREZOVSKIY,                             :
                                         :
                         Defendants.     :
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses the issues concerning discovery and conditional certification raised by the parties at Dkts. 48-53.

1.  Class contact information: To the extent not already provided, Defendant shall produce contact information (name, address, email address, and mobile phone number) for non-exempt employees from the 4 laundromats presently at issue going back six years.

2.  Class size: Defendant shall provide an estimate of the size of a potential class encompassing all 28 locations. To be clear, however, the Court is not ruling at this time that the potential class extends to any laundromat locations other than the four locations where the named Plaintiffs worked.

3.  Class-wide documents: At this juncture, Defendant shall produce wage and hour records for a 20% sampling of the employees from the four locations at which

Plaintiffs worked.  There is not a sufficient basis at this juncture to warrant production of a similar sampling from other locations.

    4.    Plaintiff may proceed with filing a motion for conditional certification.  The parties shall meet and confer to establish a briefing schedule.

The Clerk of Court is respectfully directed to terminate the letter motions at Dkts. 48 and 49.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 21, 2025
      New York, New York

Copies transmitted this date to all counsel of record.

2