UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HERLINDA FRANCISCO and JAVIER
BRAVO *on behalf of themselves, FLSA
Collective Plaintiffs, and the Class*,

                              Plaintiffs,            24-CV-3928 (AT) (RWL)

        - against -

                                                   **ORDER**

EXCLUSIVE MANAGEMENT SOLUTION
GROUP, INC., JOHN DOE
CORPORATIONS 1-50, and DMITRIY
BEREZOVSKY a/k/a DMITRY
BEREZOVSKIY,

                              Defendants.
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order resolves the parties' dispute raised at Dkts. 103-104. Defendants' motion to forego the obligation imposed by the Court's order of January 21, 2025 is denied; Defendants must disclose the estimated class size information directed by the Court. Defendants shall provide the required information by September 12, 2025, and, if not produced by that date, shall be subject to monetary sanctions of $100 per day for each day after September 12, 2025 until the information is produced. Whether class discovery should be otherwise limited is not yet ripe for resolution.

      The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 103.

                                      SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

2

Dated: February 12, 2025
      New York, New York

Copies transmitted this date to all counsel of record.