UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HERLINDA FRANCISCO and JAVIER
BRAVO *on behalf of themselves, FLSA
Collective Plaintiffs, and the Class*,

                       Plaintiffs,            24-CV-3928 (AT) (RWL)

          - against -

                                                   **ORDER**

EXCLUSIVE MANAGEMENT SOLUTION
GROUP, INC., JOHN DOE
CORPORATIONS 1-50, and DMITRIY
BEREZOVSKY a/k/a DMITRY
BEREZOVSKIY,

                       Defendants.
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order resolves Plaintiffs' letter motion to compel at Dkt. 106, opposed by Defendants at Dkt. 107. The motion is granted as modified below. Some discovery across all 28 laundromats is necessary and appropriate to assessing whether the class will comprise employees at all 28 laundromats or only a subset of them. Discovery regarding interrelated corporate structure and ownership is relevant and proportional to that inquiry.

      Accordingly, Defendants shall answer Plaintiffs' supplemental interrogatories asking to identify corporate entities and names of owners; and

      Defendants shall produce (a) all documents describing or depicting the corporate structure and ownership structure of all Corporate Defendants and the various entities that operate all Corporate Defendants' laundromat locations in New York City; and (b) all

contracts among EMSG and the entities operating the various laundromats in New York City.

To the extent the parties have not yet entered into a stipulation for protection of confidential information, they shall do so and, by **September 24, 2025**, file a proposed stipulation to be so ordered by the Court. Pendency of entry into and Court approval of a protective order shall not be a reason to delay discovery. Pending entry into and Court approval of a protective order, any confidential documents shall be marked confidential by the producing party and shall be subject to attorney's-eyes-only status in the interim.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 106.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 10, 2025
　　　　New York, New York

Copies transmitted this date to all counsel of record.