UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
HERLINDA FRANCISCO and JAVIER BRAVO *on behalf of themselves, FLSA Collective Plaintiffs, and the Class*, :
:
: Plaintiffs,  :  24-CV-3928 (AT) (RWL)
:
- against -  :
:  **ORDER**
EXCLUSIVE MANAGEMENT SOLUTION GROUP, INC., JOHN DOE CORPORATIONS 1-50, and DMITRIY BEREZOVSKY a/k/a DMITRY BEREZOVSKIY, :
:
Defendants. :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses the parties' dispute about the proposed confidentiality order and Defendants' document production. (*See* Dkts. 109-10.) Contrary to Defendants' belief and characterization, the Court did not direct preparation of a two-tier protective order. The Court set a date of September 24, 2025, for submission of a proposed order and directed that pendency of entry of that order would not be an obstacle to production because any documents produced before entry of the order would be temporarily treated as attorney's eyes only. The parties are directed to finalize a single-tier protective order and to modify the proposed order to expressly incorporate by reference adherence to my individual rules for filing documents under seal with the Court. Further, Defendants shall provide supplemental responses to Plaintiff's interrogatories and produce the corporate and ownership documents and contracts to be produced pursuant to the Court's Order at Dkt. 108 no later than October 8, 2025.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 24, 2025
       New York, New York

Copies transmitted this date to all counsel of record.