UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

HERLINDA FRANCISCO and JAVIER
BRAVO *on behalf of themselves, FLSA
Collective Plaintiffs, and the Class*,

                      Plaintiffs,      :        24-CV-3928 (AT) (RWL)

           - against -

                                                **ORDER**

EXCLUSIVE MANAGEMENT SOLUTION
GROUP, INC., JOHN DOE
CORPORATIONS 1-50, and DMITRIY
BEREZOVSKY a/k/a DMITRY
BEREZOVSKIY,

                  Defendants.

-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses Plaintiffs' letter motion to compel at Dkt. 125, to which Defendants responded at Dkt. 126. The Court denies Plaintiffs' request to limit depositions of all Opt-In Plaintiffs to 3 hours. A blanket limit is not warranted here, particularly given issues regarding translation. In light of the Court's having granted conditional certification on November 17, 2025, document discovery concerning Opt-In Plaintiffs is appropriate. Accordingly, Defendants shall respond to Plaintiffs' supplemental discovery regarding Opt-In Plaintiffs, and the parties shall meet and confer, and by December 11, 2025, shall propose a revised schedule of completion of discovery.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 125.

1

SO ORDERED.

_____

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 3, 2025
          New York, New York

Copies transmitted this date to all counsel of record.

2