UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

HERLINDA FRANCISCO and JAVIER
BRAVO *on behalf of themselves, FLSA
Collective Plaintiffs, and the Class*,

                       Plaintiffs,     :      24-CV-3928 (AT) (RWL)

             - against -

                                  **ORDER**

EXCLUSIVE MANAGEMENT SOLUTION
GROUP, INC., JOHN DOE
CORPORATIONS 1-50, and DMITRIY
BEREZOVSKY a/k/a DMITRY
BEREZOVSKIY,

                    Defendants.

-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     This order addresses Plaintiffs' letter motion at Dkt. 132 concerning purported communications between Defendants and putative class members. Plaintiff's request for an order requiring Defendants to cease all communications with putative class members is not supported by sufficient information that any improper communications have been made or are about to be made, and, in any event, would impermissibly prevent Defendants from discussing ordinary business matters with their own employees. Accordingly, the request is denied.

     Plaintiffs' request for discovery of "all communications" between Defendants and putative class members is impermissibly overbroad. The request is granted, however, as modified as follows: By **January 19, 2026**, Defendants shall produce to Plaintiffs all communications between Defendants, or any agent of Defendants, and any putative class members concerning the instant lawsuit.

2

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 132.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 5, 2026
        New York, New York

Copies transmitted this date to all counsel of record.

2