UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HERLINDA FRANCISCO and JAVIER : 
BRAVO *on behalf of themselves, FLSA* :
*Collective Plaintiffs, and the Class*, :
                                                                :
                                      Plaintiffs,        :        24-CV-3928 (AT) (RWL)
                                                                :
              - against -                                 :
                                                                :        **ORDER**
EXCLUSIVE MANAGEMENT SOLUTION :
GROUP, INC., JOHN DOE                        :
CORPORATIONS 1-50, and DMITRIY     :
BEREZOVSKY a/k/a DMITRY               :
BEREZOVSKIY,                                      :
                                                                :
                                      Defendants.    :
------------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves the discovery dispute raised by Defendants in their letter dated March 4, 2026 at Dkt. 137. (*See also* Plaintiffs' response at Dkt. 138.) In light of the extended discovery period, and having considered all prior proceedings, Defendants are entitled to take the depositions of the eight Plaintiffs. Plaintiffs shall cooperate with Defendants in scheduling the depositions. To the extent any of the Plaintiffs whose depositions were scheduled for the second week of December but that were cancelled by Defendants on December 7, 2025, were docked any pay in connection with the cancellation that they did not otherwise recover, such Plaintiff(s) shall provide a sworn affidavit to Defendants attesting to the details by **March 24, 2026**. Defendants may inquire on the topic at those individuals' depositions. If warranted, Plaintiffs may then make an application for Defendants to reimburse Plaintiffs for docked pay.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 137.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 10, 2026
     New York, New York

Copies transmitted this date to all counsel of record.