# LAW OFFICE OF MARK R. KOOK

Two Park Avenue, Floor 20 • New York, NY 10016 • Tel. (917) 673-9869
mkook@kooklaw.com

June 24, 2026

**By E-File**
Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street – Courtroom 1960
New York, New York 10007

> **Re:    Francisco and Bravo v. EMSG, Inc. et al.**
> **24 Civ.: 03928 (AT)(RWL)**

Dear Magistrate Judge Lehburger:

My firm represents Defendants. I respectfully submit this Letter- Motion seeking an Order compelling Plaintiffs; to turn over an Audio Recording that Plaintiffs' attorneys unethically and secretly made on May 21, 2026, during my and my client's visit to Plaintiffs' attorneys' office to take a deposition.

Plaintiffs' attorney, C.K. Lee, however, only wanted to discuss a settlement. Defendants and Plaintiffs have made motions concerning the depositions. Defendants want to continue with depositions. Plaintiffs claim they have an enforceable "oral" settlement agreement. Your Honor ruled that Plaintiffs should make a formal motion by July2, 2026. (Docket Nos.141, 144 and 145.

However, at midnight on June 1, Mr. Lee sent me a Proposed Motion for Rule 11 Sanctions against me for making false statements in the prior Motion Letter. On June 22,2026, the last day of the Safe Harbor provision, I sent an email to Mr. Lee stating, again, some of the reasons why his affirmation was itself a violation of Rule 11.

Using his usual pithy insight, Mr. Lee replied, "You're a joke", and announced that he had an "audio recording" of the time in his office. (See Exhibit 1.) He never previously mentioned such a recording to me. I asked Mr. Lee for the audio recording. Of course, he ignored my request.

Consequently, we ask Your Honor to immediately Order Mr. Lee and his law firm to turnover the audio recording so that we can hear, for example, what was recorded, what offices were recorded (e.g., the office I was sharing with my client), and how many stops/starts there are. If the original is not turned over, we request that such be deposited with Your Honor for safe keeping.

Hon. Robert W. Lehrburger
June 25, 2026
Page 2


       Thank you for your consideration.

Respectfully,

<i>[signature]</i>

Mark R. Kook

Cc: All Counsel

> Any response to the instant letter was due by June 29, 2026. No response was filed. Based on the application, counsel for Plaintiff shall produce a copy of the purported audio recording by **July 6, 2026.**
>
> SO ORDERED:
>
> 7/1/2026     <i>[signature]</i>
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE