UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERLINDA FRANCISCO and JAVIER BRAVO *on behalf of themselves, FLSA Collective Plaintiffs, and the Class*,

Plaintiffs,

- against -

EXCLUSIVE MANAGEMENT SOLUTION GROUP, INC., JOHN DOE CORPORATIONS 1-50, and DMITRIY BEREZOVSKY a/k/a DMITRY BEREZOVSKIY,

Defendants.

24-CV-3928 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

1. The Court will schedule an evidentiary hearing on Plaintiffs' motion to enforce a settlement agreement and for sanctions. (*See* Dkts. 149 and 151.)

2. The following persons must appear for the hearing: Mr. Lee, Mr. Kook, and the Defendant client who appeared for settlement discussions on May 21, 2026. Mr. Lee (or an attorney associated with Mr. Lee) and Mr. Kook (or an attorney associated with Mr. Kook) may each cross-examine the other about the subject of their respective declaration(s) or affirmation(s). In addition, the Defendant client may be subject to both direct examination and cross-examination.

3. By **September 21, 2026**, Mr. Lee shall file a declaration responding to the following questions with respect to the purported terms of settlement that Mr. Lee contends were agreed to by Defendants on May 21, 2026. Any reference to "Plaintiffs" or "each Plaintiff" also includes the Plaintiffs in the above captioned case as well as Leslie Ramirez. References to "proposed offer of judgment" and "General Release" are to the

draft offers of judgment and General Release appearing at Exhibit D of the July 2, 2026 Lee Declaration.

a. Has each Plaintiff been informed of the specific dollar amount set forth in the proposed offer of judgment pertaining to that Plaintiff? If not, explain.

b. Has each Plaintiff authorized the specific dollar amount set forth in the proposed offer of judgment pertaining to that Plaintiff? If not, explain.

c. Has each Plaintiff been informed of the total dollar amount allotted to the other Plaintiffs collectively in their proposed offers of judgment? If not, explain.

d. Has each Plaintiff authorized the total dollar amount allotted to the other Plaintiffs collectively in their proposed offers of judgment? If not, explain.

e. Has each Plaintiff been informed of the specific dollar amount allotted to each other Plaintiff in their respective proposed offer of judgment? If not, explain.

f. Has each Plaintiff authorized the specific dollar amount allotted to each other Plaintiff in their respective proposed offer of judgment? If not, explain.

g. Has each Plaintiff been informed that under the alleged terms of settlement, the Lee firm would receive $150,000? If not, explain.

h. Has each Plaintiff authorized settlement in which the Lee firm would receive $150,000 and Plaintiffs collectively would receive $42,500? If not, explain.

i. Explain why the proposed "General Release" does not include release as to Leslie Ramirez's case (No. 24-CV-1786).

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 14, 2026
New York, New York

Copies transmitted this date to all counsel of record.