UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

HERLINDA FRANCISCO and JAVIER BRAVO *on behalf of themselves, FLSA Collective Plaintiffs, and the Class*,

Plaintiffs,

- against -

EXCLUSIVE MANAGEMENT SOLUTION GROUP, INC., JOHN DOE CORPORATIONS 1-50, and DMITRIY BEREZOVSKY a/k/a DMITRY BEREZOVSKIY,

Defendants.

---------------------------------------------------------------X

24-CV-3928 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Attorneys Nicholas Trotta and Irene Sinayskaya Kahn have filed requests to be removed as counsel. (*See* Dkts. 160, 161.) It is not apparent that the requests comply with S.D.N.Y. Local Rule 1.4(b). Accordingly, the applications are denied without prejudice to submission of compliant applications.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 30, 2026
New York, New York

Copies transmitted this date to all counsel of record.