UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERLINDA FRANCISCO and JAVIER BRAVO *on behalf of themselves, FLSA Collective Plaintiffs, and the Class*,

Plaintiffs,

- against -

EXCLUSIVE MANAGEMENT SOLUTION GROUP, INC., JOHN DOE CORPORATIONS 1-50, and DMITRIY BEREZOVSKY a/k/a DMITRY BEREZOVSKIY,

Defendants.

24-CV-3928 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court having been advised that the parties have agreed to terms of settlement of this case, subject to *Cheeks* review, the Clerk of Court is respectfully directed to terminate all pending motions.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 13, 2026
New York, New York

Copies transmitted this date to all counsel of record.